

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ANTONIO MARTINEZ-MARTINEZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-01097-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _the defendant_____, IT IS ORDERED that a *an identity hearing and* detention hearing *KLS*
is set for _March 3_____, _2026_____, at _9:00_____ ☒ a.m. / ☐ p.m. before the
Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _February 27, 2026_____

_____
U.S. Magistrate Judge