**FILED**
CLERK, U.S. DISTRICT COURT

March 10, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTONIO MARTINEZ-MARTINEZ, )<br>)<br>Defendant. )<br>_____ ) | NO. 2:26-mj-01097-DUTY<br><br>ORDER OF DETENTION AFTER<br>HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\

\\

\\

\\

1

A.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue; the prior revocation of the defendant's supervised release; and the defendant's history of failures to appear;

and

B.    (X)    The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's criminal history.


IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.


DATED: March 10, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

2